UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC STONER, an individual ,

Plaintiff,

v.

BAKKT, LLC, et al. ,

Defendant.

Case No. 3:25-CV-05567-TLT

**MOTION TO SUBSTITUTE
LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Plaintiff Eric Stoner , the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Dan Stormer and Brian Olney of HADSELL STORMER RENICK & DAI LLP

Name(s) of counsel withdrawing from representation and firm name:

Jeremy Pasternak and Ben Walden of LAW OFFICES OF JEREMY PASTERNAK

Date: 04/13/2026

_Brian Olney_
Brian Olney
HADSELL STORMER RENICK & DAI LLP

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California